

9990 Richmond Avenue
Suite 400 South
Houston, TX 77042
Telephone (877) 768-3759
Fax (866) 926-5498
www.selenefinance.com

Hours of Operation (CT)
Monday - Thursday: 8 a.m. - 9 p.m.
Friday: 8 a.m. - 5 p.m.

11/23/2018

DAVID GRIMALDI
80 MIDDLE RD
FALMOUTH, ME 04105-1820

Re:    Loan #:
       Mortgagor(s):   DAVID GRIMALDI
       Property:      80 MIDDLE RD
                    FALMOUTH, ME 04105

## NOTICE OF DEFAULT AND INTENT TO ACCELERATE

Dear Mortgagor(s):

Selene Finance LP ("Selene"), on behalf of the owner and holder of your mortgage loan, and in accordance with the referenced Deed of Trust/Mortgage and applicable state laws, provides you with formal notice of the following:

The mortgage loan associated with the referenced Deed of Trust/Mortgage is in default for failure to pay amounts due.

You have a right to cure the default. To cure this default, you must pay all amounts due under the terms of your Note and Deed of Trust/Mortgage. As of 11/23/2018, your loan is due for 11/01/2017 and the total amount necessary to cure your default is $17,199.12, which consists of the following:

| | |
|---|---|
| Payment Due Date: | 11/01/2017 |
| Total Monthly Payments Due: | $15,784.73 |
| Escrow Advance Balance Due: | $803.29 |
| Late Charges: | $404.10 |
| Uncollected NSF Fees: | $0.00 |
| Other Fees: | $0.00 |
| Corporate Advance Balance: | $207.00 |
| Unapplied Balance: | ($0.00) |
| **TOTAL YOU MUST PAY TO CURE DEFAULT:** | **$17,199.12** |

As of 11/23/2018, the current outstanding principal balance is $206,592.91 and the total debt you owe is $221,502.47. The total amount you must pay to cure the default stated above must be received within thirty-five (35) days of receipt of this notice. The total amount due does not include any amounts that become due after the date of this notice.



Page 1 of 5
DM011



Please include your loan number and property address with your payment and send to:

Selene Finance LP
P.O. Box 71243
Philadelphia, PA 19176-6243

You may also make a payment by wire transfer using the following information:

Bank:        Signature Bank
ABA:         026013576
Account No.: 1503088408

Failure to cure the delinquency within thirty-five (35) days of receipt of this notice may result in acceleration of the sums secured by the Deed of Trust/Mortgage and in the sale of the property through foreclosure. If you remit the total to cure the default within 35 days from receipt of this notice, the default identified in this letter will be cured.

You are hereby informed that you have the "right to cure" or reinstate the loan after acceleration and the right to bring a court action or assert in any court action the non-existence of a default or any other defense you may have to acceleration. You may have options available to you other than foreclosure. You are encouraged to explore available loan resolution options prior to the end of the "right to cure" period by contacting Selene, the party authorized to modify your mortgage via telephone at (877) 768-3759 or by mail at 9990 Richmond Avenue Suite 400 South Houston, TX 77042.

Although you are not required to pay the total debt (or balance) of the loan prior to its maturity or acceleration, federal law requires Selene to provide you with the total debt (or balance) due to Selene as of the date of this letter, which is $221,502.47. The total estimated debt amount provided herein is for informational purposes only and this letter is not intended to act as a "payoff statement" or "demand" for you to pay the loan in full. If you want to obtain a written payoff statement, please contact Selene at (877) 768-3759.

If you received a discharge of the loan through the Bankruptcy Court and if the loan has not been reaffirmed, the acceleration and the sale will not result in you being held personally liable for the debt and this letter is not an attempt to collect a personal debt. However, to avoid foreclosure, payment of the delinquent balance is necessary.

For your benefit and assistance, there are government approved homeownership counseling agencies designed to help homeowners avoid losing their homes. To obtain a list of approved counseling agencies, please call (800) 569-4287 or visit http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. You may also contact the Homeownership Preservation Foundation's Hope hotline at (888) 995-HOPE (4673).

Where mediation is available under state law (14 MRSA §6321-A), you may request mediation to explore options for avoiding foreclosure judgment.

Sincerely,

Loan Resolution Department

Selene Finance LP is a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

**Please note that if you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally.**

**For Servicemembers and their Dependents:** The Federal Servicemembers Civil Relief Act and certain state

laws provide important protections for you, including, under most circumstances, a prohibition on foreclosure during and twelve months after the servicemember's active duty service. Selene will not foreclose on the property of a servicemember or his or her dependent during that time, except pursuant to a court order. You also may be entitled to other protections under these laws, including interest rate and fee relief. Please contact us to learn more about your rights.



## Agencies located in MAINE

| Agency Name | Phone, Toll-Free, Fax Number, Email, Website | Address |
|---|---|---|
| MAINE STATE HOUSING AUTHORITY | Phone: 207-626-4670<br>Toll-free: 800-452-4668<br>Fax: 207-626-4678<br>E-mail: dkjohnson@mainehousing.org<br>Website: www.mainehousing.org | 353 Water Street<br>AUGUSTA, Maine 04330-4665 |
| MAINE STATE HOUSING AUTHORITY | Phone: 207-626-4670<br>E-mail: dkjohnson@mainehousing.org<br>Website: www.mainehousing.org | 353 Water St<br>Augusta, Maine 04330-6113 |
| PENQUIS COMMUNITY ACTION PROGRAM | Phone: 207-974-2403<br>Toll-free: 888-424-0151<br>Fax: 207-973-3699<br>E-mail: hmassow@penquis.org<br>Website: www.penquis.org | 262 Harlow Street<br>BANGOR, Maine 04401-4952 |
| MIDCOAST MAINE COMMUNITY ACTION | Phone: 207-442-7963<br>Toll-free: 800-221-2221<br>Fax: 207-443-7447<br>E-mail: candice.carpenter@mmcacorp.org<br>Website: www.midcoastmainecommunityaction.org | 34 Wing Farm Pkwy<br>Bath, Maine 04530-1515 |
| WALDO COMMUNITY ACTION PARTNERS | Phone: 207-338-8809<br>E-mail: N/A<br>Website: waldocap.org | 9 Field St Ste 201<br>Belfast, Maine 04915-6661 |
| COASTAL ENTERPRISES, INCORPORATED | Phone: 207-504-5900<br>Toll-free: 877-340-2649<br>E-mail: jason.thomas@ceimaine.org<br>Website: www.ceimaine.org | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 |
| FOUR DIRECTIONS DEVELOPMENT CORPORATION | Phone: 207-866-6546<br>Fax: 207-866-6553<br>E-mail: snickerson@fourdirectionsmaine.org<br>Website: www.fourdirectionsmaine.org | 20 Godfrey Drive<br>ORONO, Maine 04473-3610 |
| AVESTA HOUSING DEVELOPMENT CORPORATION | Phone: 207-553-7780-3347<br>Toll-free: 800-339-6516<br>Fax: 207-553-7778<br>E-mail: ndigeronimo@avestahousing.org<br>Website: www.avestahousing.org | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 |
| MONEY MANAGEMENT INTERNATIONAL - SOUTH PORTLAND | Phone: 866-232-9080<br>Toll-free: 866-232-9060<br>Fax: 866-921-5129<br>E-mail: counselinginfo@moneymanagement.org<br>Website: www.moneymanagement.org | 477 Congress St<br>5th Floor<br>PORTLAND, Maine 04101-3427 |
| PINE TREE LEGAL ASSISTANCE, INCORPORATED | Phone: 207-774-8211<br>Fax: 207-828-2300<br>E-mail: nheald@ptla.org<br>Website: www.ptla.org | 88 Federal St<br>PO Box 547<br>PORTLAND, Maine 04101-4205 |
| PROPERITY ME FKA COMMUNITY FINANCIAL LITERACY | Phone: 207-797-7890<br>E-mail: crwaganje@prosperityme.org<br>Website: cflme.org/ | 309 Cumberland Ave Ste 202<br>Portland, Maine 04101-4982 |
| AROOSTOOK COUNTY ACTION PROGRAM, INC. | Phone: 207-764-3721<br>E-mail: N/A<br>Website: www.acap-me.org | 771 Main St<br>Presque Isle, Maine 04769-2201 |
| YORK COUNTY COMMUNITY ACTION AGENCY | Phone: 207-459-2903<br>Fax: 207-490-5026<br>E-mail: Meaghan.Arzberger@yccac.org<br>Website: www.yccac.org | 6 Spruce Street<br>SANFORD, Maine 04073-2917 |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | Phone: 207-333-6419<br>Fax: 207-795-4089<br>E-mail: homequest@community-concepts.org<br>Website: www.community-concepts.org | 17 Market Square<br>SOUTH PARIS, Maine 04281-1533 |





## Agencies located in MAINE

| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | Phone: 800-542-8227<br>E-mail: N/A<br>Website: www.kvcap.org | 97 Water St<br>Waterville, Maine 04901-6339 |
|---|---|---|



9990 Richmond Avenue
Suite 400 South
Houston, TX 77042
Telephone (877) 768-3759
Fax (866) 926-5498
www.selenefinance.com

11/23/2018

Hours of Operation (CT)
Monday - Thursday: 8 a.m. - 9 p.m.
Friday: 8 a.m. - 5 p.m.

SUSAN GRIMALDI
80 MIDDLE RD
FALMOUTH, ME 04105-1820

Re:     Loan #:          ▇▇▇▇▇
        Mortgagor(s):   SUSAN GRIMALDI
        Property:       80 MIDDLE RD
                        FALMOUTH, ME 04105

## NOTICE OF DEFAULT AND INTENT TO ACCELERATE

Dear Mortgagor(s):

Selene Finance LP ("Selene"), on behalf of the owner and holder of your mortgage loan, and in accordance with the referenced Deed of Trust/Mortgage and applicable state laws, provides you with formal notice of the following:

The mortgage loan associated with the referenced Deed of Trust/Mortgage is in default for failure to pay amounts due.

You have a right to cure the default. To cure this default, you must pay all amounts due under the terms of your Note and Deed of Trust/Mortgage. As of 11/23/2018, your loan is due for 11/01/2017 and the total amount necessary to cure your default is $17,199.12, which consists of the following:

| | |
|---|---|
| Payment Due Date: | 11/01/2017 |
| Total Monthly Payments Due: | $15,784.73 |
| Escrow Advance Balance Due: | $803.29 |
| Late Charges: | $404.10 |
| Uncollected NSF Fees: | $0.00 |
| Other Fees: | $0.00 |
| Corporate Advance Balance: | $207.00 |
| Unapplied Balance: | ($0.00) |
| **TOTAL YOU MUST PAY TO CURE DEFAULT:** | **$17,199.12** |

As of 11/23/2018, the current outstanding principal balance is $206,592.91 and the total debt you owe is $221,502.47. The total amount you must pay to cure the default stated above must be received within thirty-five (35) days of receipt of this notice. The total amount due does not include any amounts that become due after the date of this notice.



NMLS# 6312
2339133776

Please include your loan number and property address with your payment and send to:

> Selene Finance LP
> P.O. Box 71243
> Philadelphia, PA 19176-6243

You may also make a payment by wire transfer using the following information:

> Bank:        Signature Bank
> ABA:         026013576
> Account No.: 1503088408

Failure to cure the delinquency within thirty-five (35) days of receipt of this notice may result in acceleration of the sums secured by the Deed of Trust/Mortgage and in the sale of the property through foreclosure. If you remit the total to cure the default within 35 days from receipt of this notice, the default identified in this letter will be cured.

You are hereby informed that you have the "right to cure" or reinstate the loan after acceleration and the right to bring a court action or assert in any court action the non-existence of a default or any other defense you may have to acceleration. You may have options available to you other than foreclosure. You are encouraged to explore available loan resolution options prior to the end of the "right to cure" period by contacting Selene, the party authorized to modify your mortgage via telephone at (877) 768-3759 or by mail at 9990 Richmond Avenue Suite 400 South Houston, TX 77042.

Although you are not required to pay the total debt (or balance) of the loan prior to its maturity or acceleration, federal law requires Selene to provide you with the total debt (or balance) due to Selene as of the date of this letter, which is $221,502.47. The total estimated debt amount provided herein is for informational purposes only and this letter is not intended to act as a "payoff statement" or "demand" for you to pay the loan in full. If you want to obtain a written payoff statement, please contact Selene at (877) 768-3759.

If you received a discharge of the loan through the Bankruptcy Court and if the loan has not been reaffirmed, the acceleration and the sale will not result in you being held personally liable for the debt and this letter is not an attempt to collect a personal debt. However, to avoid foreclosure, payment of the delinquent balance is necessary.

For your benefit and assistance, there are government approved homeownership counseling agencies designed to help homeowners avoid losing their homes. To obtain a list of approved counseling agencies, please call (800) 569-4287 or visit http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. You may also contact the Homeownership Preservation Foundation's Hope hotline at (888) 995-HOPE (4673).

Where mediation is available under state law (14 MRSA §6321-A), you may request mediation to explore options for avoiding foreclosure judgment.

Sincerely,

Loan Resolution Department

Selene Finance LP is a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

**Please note that if you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally.**

**For Servicemembers and their Dependents:** The Federal Servicemembers Civil Relief Act and certain state

laws provide important protections for you, including, under most circumstances, a prohibition on foreclosure during and twelve months after the servicemember's active duty service. Selene will not foreclose on the property of a servicemember or his or her dependent during that time, except pursuant to a court order. You also may be entitled to other protections under these laws, including interest rate and fee relief. Please contact us to learn more about your rights.



## Agencies located in MAINE

| Agency Name | Phone, Toll-Free, Fax Number, Email, Website | Address |
|---|---|---|
| MAINE STATE HOUSING AUTHORITY | Phone: 207-626-4670<br>Toll-free: 800-452-4668<br>Fax: 207-626-4678<br>E-mail: dkjohnson@mainehousing.org<br>Website: www.mainehousing.org | 353 Water Street<br>AUGUSTA, Maine 04330-4665 |
| MAINE STATE HOUSING AUTHORITY | Phone: 207-626-4670<br>E-mail: dkjohnson@mainehousing.org<br>Website: www.mainehousing.org | 353 Water St<br>Augusta, Maine 04330-6113 |
| PENQUIS COMMUNITY ACTION PROGRAM | Phone: 207-974-2403<br>Toll-free: 888-424-0151<br>Fax: 207-973-3699<br>E-mail: hmassow@penquis.org<br>Website: www.penquis.org | 262 Harlow Street<br>BANGOR, Maine 04401-4952 |
| MIDCOAST MAINE COMMUNITY ACTION | Phone: 207-442-7963<br>Toll-free: 800-221-2221<br>Fax: 207-443-7447<br>E-mail: candice.carpenter@mmcacorp.org<br>Website: www.midcoastmainecommunityaction.org | 34 Wing Farm Pkwy<br>Bath, Maine 04530-1515 |
| WALDO COMMUNITY ACTION PARTNERS | Phone: 207-338-6809<br>E-mail: N/A<br>Website: waldocap.org | 9 Field St Ste 201<br>Belfast, Maine 04915-6681 |
| COASTAL ENTERPRISES, INCORPORATED | Phone: 207-504-5900<br>Toll-free: 877-340-2649<br>E-mail: jason.thomas@ceimaine.org<br>Website: www.ceimaine.org | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 |
| FOUR DIRECTIONS DEVELOPMENT CORPORATION | Phone: 207-866-6546<br>Fax: 207-866-6553<br>E-mail: snickerson@fourdirectionsmaine.org<br>Website: www.fourdirectionsmaine.org | 20 Godfrey Drive<br>ORONO, Maine 04473-3610 |
| AVESTA HOUSING DEVELOPMENT CORPORATION | Phone: 207-553-7780-3347<br>Toll-free: 800-339-6516<br>Fax: 207-553-7778<br>E-mail: ndigeronimo@avestahousing.org<br>Website: www.avestahousing.org | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 |
| MONEY MANAGEMENT INTERNATIONAL - SOUTH PORTLAND | Phone: 866-232-9080<br>Toll-free: 866-232-9080<br>Fax: 866-921-5129<br>E-mail: counselinginfo@moneymanagement.org<br>Website: www.moneymanagement.org | 477 Congress St<br>5th Floor<br>PORTLAND, Maine 04101-3427 |
| PINE TREE LEGAL ASSISTANCE, INCORPORATED | Phone: 207-774-8211<br>Fax: 207-828-2300<br>E-mail: nheald@ptla.org<br>Website: www.ptla.org | 88 Federal St<br>PO Box 547<br>PORTLAND, Maine 04101-4205 |
| PROPERITY ME FKA COMMUNITY FINANCIAL LITERACY | Phone: 207-797-7890<br>E-mail: crwaganje@prosperityme.org<br>Website: cflme.org/ | 309 Cumberland Ave Ste 202<br>Portland, Maine 04101-4982 |
| AROOSTOOK COUNTY ACTION PROGRAM, INC. | Phone: 207-764-3721<br>E-mail: N/A<br>Website: www.acap-me.org | 771 Main St<br>Presque Isle, Maine 04769-2201 |
| YORK COUNTY COMMUNITY ACTION AGENCY | Phone: 207-459-2903<br>Fax: 207-490-5026<br>E-mail: Meaghan.Arzberger@yccac.org<br>Website: www.yccac.org | 6 Spruce Street<br>SANFORD, Maine 04073-2917 |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | Phone: 207-333-8419<br>Fax: 207-795-4089<br>E-mail: homequest@community-concepts.org<br>Website: www.community-concepts.org | 17 Market Square<br>SOUTH PARIS, Maine 04281-1533 |



https://apps.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=ME



VCP27



## Agencies located in MAINE

| | | |
|---|---|---|
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | Phone: 800-542-8227<br>E-mail: N/A<br>Website: www.kvcap.org | 97 Water St<br>Waterville, Maine 04901-6339 |

Selene Finance LP
PO Box 9096
Temecula, CA 92589-9096

PS form 3665
Type of Mailing:
CERTIFICATE OF MAILING
November 27, 2018



*1063414*

| List Number of Pieces Listed by Sender | Total Number of Pieces Received at Post office | Postmaster: Name of receiving employee | Dated: |
|---|---|---|---|
| 20 | | | |

| Line | Reference | Tracking Number | Name, Street & P.O. Address | Postage | Fee |
|---|---|---|---|---|---|
| 1 | | 2339133773 | DAVID GRIMALDI<br>80 MIDDLE RD<br>FALMOUTH, ME 04105-1820 | $0.680 | $0.40 |
| 2 | | 2339133774 | DAVID GRIMALDI<br>80 MIDDLE RD<br>FALMOUTH, ME 04105-1820 | $0.680 | $0.40 |
| 3 | | 2339133775 | SUSAN GRIMALDI<br>80 MIDDLE RD<br>FALMOUTH, ME 04105-1820 | $0.680 | $0.40 |
| 4 | | 2339133776 | SUSAN GRIMALDI<br>80 MIDDLE RD<br>FALMOUTH, ME 04105-1820 | $0.680 | $0.40 |
| 5 | | 2339133777 | DONNA A DUPUIS<br>201 WEST ST<br>BIDDEFORD, ME 04005-9005 | $0.680 | $0.40 |
| 6 | | 2339133778 | DONNA A DUPUIS<br>201 WEST ST<br>BIDDEFORD, ME 04005-9005 | $0.680 | $0.40 |
| 7 | | 2339133779 | CHRISTOPHER W PEACOCK<br>17 HARRIET WAY<br>BRUNSWICK, ME 04011-3112 | $0.680 | $0.40 |
| 8 | | 2339133780 | CHRISTOPHER W PEACOCK<br>17 HARRIET WAY<br>BRUNSWICK, ME 04011-3112 | $0.680 | $0.40 |
| 9 | | 2339133781 | DUANE C WATERMAN<br>1635 FEDERAL RD<br>LIVERMORE, ME 04253-4240 | $0.680 | $0.40 |
| 10 | | 2339133782 | DUANE C WATERMAN<br>1635 FEDERAL RD<br>LIVERMORE, ME 04253-4240 | $0.680 | $0.40 |
| 11 | | 2339133783 | DARLEEN R. WATERMAN<br>1635 FEDERAL RD<br>LIVERMORE, ME 04253-4240 | $0.680 | $0.40 |
| 12 | | 2339133784 | DARLEEN R. WATERMAN<br>1635 FEDERAL RD<br>LIVERMORE, ME 04253-4240 | $0.680 | $0.40 |
| 13 | | 2339133785 | TIMOTHY P OCONNOR<br>70 SAM ALLEN RD<br>SANFORD, ME 04073-4470 | $0.680 | $0.40 |
| 14 | | 2339133786 | TIMOTHY P OCONNOR<br>70 SAM ALLEN RD<br>SANFORD, ME 04073-4470 | $0.680 | $0.40 |
| 15 | | 2339133787 | LAURYN ELIZABETH O'CONNOR<br>70 SAM ALLEN RD<br>SANFORD, ME 04073-4470 | $0.680 | $0.40 |
| 16 | | 2339133788 | LAURYN ELIZABETH O'CONNOR<br>70 SAM ALLEN RD<br>SANFORD, ME 04073-4470 | $0.680 | $0.40 |
| 17 | | 2339133789 | MICHAEL POTTER<br>7 CARLISLE AVE<br>AUGUSTA, ME 04330-4807 | $0.680 | $0.40 |
| 18 | | 2339133790 | MICHAEL POTTER<br>550 WHITEFIELD RD<br>PITTSTON, ME 04345-6614 | $0.680 | $0.40 |
| 19 | | 2339133791 | BARBARA J. POTTER<br>7 CARLISLE AVE<br>AUGUSTA, ME 04330-4807 | $0.680 | $0.40 |
| 20 | | 2339133792 | BARBARA J. POTTER<br>550 WHITEFIELD RD<br>PITTSTON, ME 04345-6614 | $0.680 | $0.40 |
| | | | Totals | $13.60 | $8.00 |

Grand Total: $21.60

U.S. POSTAGE >> PITNEY BOWES

ZIP 85034
02 4W
0000358669

$ 008.00⁰

NOV 27 2018

Page 1 of 1
182